IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25–38–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CHARLES ALLEN TOUCHTON, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 35.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Charles Allen Touchton is charged with one count of conspiracy to possess with the intent to distribute and to distribute methamphetamine, in violation of 21 U.S.C. § 846 (Count I), one count of possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) (Count II), two counts of

distribution of methamphetamine, in violation of 21 U.S.C. § 841(a)(1) (Counts III and IV), and one count of prohibited person in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1) (Count V). (Doc. 10.) Judge DeSoto recommends that this Court accept Touchton's guilty plea as to Count IV after he appeared before her pursuant to Federal Rule of Criminal Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 35) is ADOPTED in full.

IT IS FURTHER ORDERED that Touchton's motion to change plea (Doc. 28) is GRANTED.

IT IS FURTHER ORDERED that Charles Allen Touchton is adjudged guilty as charged in Count IV of the Indictment.

DATED this 1st day of December, 2025.

_____
Dana L. Christensen, District Judge
United States District Court